ACCEPTED
04-15-00350-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/18/2015 4:32:00 PM
KEITH HOTTLE
CLERK

## No. 04-15-00350-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/18/15 4:32:00 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS FOR THE
FOURTH JUDICIAL DISTRICT OF TEXAS
SAN ANTONIO

## Jack Rettig,
### Appellant

### v.

## Patrick Mendoza and Christopher Garcia,
### Appellees

Appeal from the 111th District Court of Webb County, Texas

## APPELLANT JACK RETTIG'S
## MOTION TO ABATE APPEAL

**LAW OFFICE OF**
**AUDREY MULLERT VICKNAIR**

Audrey Mullert Vicknair
State Bar No. 14650500
802 N. Carancahua Ste. 1350
Corpus Christi, Texas  78401-0022
(361) 888-8413; (361) 887-6207 fax
avicknair@vicknairlaw.com

**Fritz Byrne Head & Fitzpatrick
PLLC**

C. M. Henkel III
State Bar No. 09463000
500 North Shoreline, Ste. 901
Corpus Christi, Texas 78401
(361) 883-1500; (361) 888-9149 fax
skip@cmenkel.com

*Attorneys for Appellant Jack Rettig*

1

TO THE HONORABLE FOURTH COURT OF APPEALS:

COMES NOW Appellant Jack Rettig and files this Motion to Abate Appeal, and for cause would show:

This an appeal from two orders granting Motions to Vacate a domesticated foreign judgment. TEX. CIV. PRAC. & REM. CODE Ch. 35, et seq. Appellant Jack Rettig obtained a final judgment against Appellees Patrick Mendoza and Christopher Garcia and three others in a Louisiana Federal Court in September 2014. Rettig domesticated that foreign judgment in Harris County, Texas in October 2014. Mendoza and Garcia filed motions to vacate the foreign judgment (the other three defendants have not challenged the foreign judgment). The case was transferred to Webb County in February 2015.

On May 7, 2015 the Webb County Court held a hearing on the motions to vacate (it is Rettig's position the court's plenary power had long since expired). Shortly before the hearing, Mendoza filed a Fed. R. Civ. P. 60 motion in the foreign court – the Louisiana federal court -- seeking relief from the foreign judgment. That Motion was set for submission on the briefs in the foreign court on May 27, 2015. Mendoza and Garcia apprised the Webb County Court of the pending Rule 60 motion at the May 7 hearing and they and the court appeared to recognize that the disposition of that Rule 60 motion may have an effect on the propriety of any Order entered on the motions to vacate. Under the impression that

2

its plenary power was still in effect but about to expire, the Webb County Court entered orders granting Mendoza and Garcia's motions to vacate on May 8 and May 11, 2015.

On Monday June 8, 2015, Rettig filed a Motion to Vacate, Correct, Modify or Reform the Orders enter by the Webb County Court, arguing in support, among other arguments, that if the Rule 60 Motion is denied, then the foreign judgment will have been upheld and the Orders vacating the foreign judgment in Webb County should be set aside.

Also on June 8, 2015 Rettig filed a Notice of Appeal. That appeal has now been docketed.

As of the date of this filing, the Rule 60 motion is still pending in federal court, as is Rettig's attendant Motion to Vacate, Modify, Correct or Reform the trial court's orders in Webb County.

Because the judgment at issue is a domesticated foreign judgment, the trial court retains the inherent and statutory authority to enforce its judgments, even after its plenary power has allegedly expired. TEX. R. CIV. P. 308; *BancorpSouth Bank v. Prevot*, 256 S.W.3d 719, 724 (Tex.App.—Houston [14th Dist.] 2008, pet. denied). And TEX. R. APP. P. 27.3 clearly contemplates that even after a case is appealed the trial court may enter orders modifying the appealed order, or vacating it.

Both Mendoza's Rule 60 motion and Rettig's Webb County Motion to Vacate remain live for disposition and would be expected to have an effect on this appeal. Rettig here prays this Court to abate this appeal until such time as the federal court rules on the Rule 60 motion and, as necessary, the Webb County Court then rules on Rettig's Motion to Vacate.

## **PRAYER**

WHEREFORE, Appellant Jack Rettig prays the Court to ABATE this appeal until the foreign court – the Louisiana federal court -- rules on Appellee Mendoza's pending Rule 60 motion and the trial court has the opportunity, as necessary, to rule on Rettig's Motion to Vacate. Rettig prays for all other relief to which he is entitled.

Respectfully submitted,

*/s/ Audrey Mullert Vicknair*
Audrey Mullert Vicknair
State Bar No. 14650500
**LAW OFFICE OF AUDREY MULLERT VICKNAIR**
802 N. Carancahua Ste. 1350
Corpus Christi, TX 78401-0022
(361) 888-8413; (361) 887-6207 fax
avicknair@vicknairlaw.com

C. M. HENKEL III
State Bar No. 09463000
FRITZ, BYRNE, HEAD & FITZPATRICK, PLLC
500 North Shoreline, Ste. 901
Corpus Christi, Texas 78401
(361) 883-1500; (361) 888-9149 fax
skip@cmhenkel.com
*Attorneys for Jack Rettig*

**[VERIFICATION** – see attached]

## CERTIFICATE OF CONFERENCE

The undersigned avers that she made successful contact with opposing counsel, Mr. Bushara for Mr. Mendoza and Ms. Terry for Mr. Garcia, on June 16, 2015 but as of the time of this filing neither has responded to her query as to whether they are opposed to the relief requested herein.

*/s/ Audrey Mullert Vicknair*
Audrey Mullert Vicknair

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in accordance with the Texas Rules of Appellate and Civil Procedure, on counsel named below, on this the __18th__ day of June, 2015.

Lance H. Beshara – *counsel for Appellee Mendoza*
PULMAN CAPPUCCIO
PULLEN BENSON & JONES, LLP
2161 N.W. Military Hwy., Suite 400
San Antonio, Texas 78213

Jana K. Terry – *counsel for Appellee Garcia*
BECKSTEAD TERRY P.L.L.C.
9442 N. Capital of Texas Hwy.
Arboretum Plaza One, Suite 500
Austin, Texas 78759

By tex.gov electronic filing system

*/s/ Audrey Mullert Vicknair*
Audrey Mullert Vicknair

No. 04-15-00350-CV

IN THE COURT OF APPEALS FOR THE
FOURTH JUDICIAL DISTRICT OF TEXAS
SAN ANTONIO

## Jack Rettig,
### Appellant

### v.

## Patrick Mendoza and Christopher Garcia,
### Appellees

Appeal from the 111th District Court of Webb County, Texas

## VERIFICATION

BEFORE ME the undersigned Notary Public appeared AUDREY MULLERT VICKNAIR, who upon her oath was deposed and said:

"My name is Audrey Mullert Vicknair. I am an attorney licensed and in good standing with the State Bar of Texas. I am competent to make this affidavit and the facts stated herein are true and correct. I have reviewed the foregoing Motion to Abate Appeal. The facts stated in the motion are true and correct, and are supported by the documents and orders on file in the underlying cause.

Further Affiant Sayeth Not."

_____
Audrey Mullert Vicknair

SWORN BEFORE ME, the undersigned notary public for the state of Texas, on this 18th day of June , 2015.



MEGAN ELIZABETH TISDALE
My Commission Expires
April 4, 2019

_____
NOTARY PUBLIC, STATE OF TEXAS

6